UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| JASON LEACH, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) | No. 1:23-cv-276-JEM |
| COMMISSIONER OF SOCIAL SECURITY, | ) ) ) | |
| Defendant. | ) | |

## ORDER

This case is before the undersigned pursuant to 28 U.S.C. § 636(c), the Rules of this Court, and the consent of the parties [Doc. 12]. Having received the joint stipulation [Doc. 23] of the parties in the matter pending now before the Court and upon review of the record, **IT IS HEREBY ORDERED** that attorney fees and expenses in the amount of $5,524.80 be paid to Plaintiff under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d).

In accordance with *Astrue v. Ratliff*, 560 U.S. 586 (2010), the EAJA fee is payable to Plaintiff as the litigant and may be subject to offset to satisfy a pre-existing debt that the litigant owes to the United States. If Plaintiff owes no debt to the United States, the payment of EAJA fees can be made to Plaintiff's counsel to the extent Plaintiff and his counsel have executed a valid fee assignment.

Plaintiff's motion for fees [**Doc. 22**] is hereby **DENIED AS MOOT**.

ENTER:

*/s/ Jill E. McCook*
Jill E. McCook
United States Magistrate Judge